# Plaintiff's Exhibit 5

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No.: *pending*
Division: _____

SCOTT THOMAS, an individual,
    Plaintiff,
vs.

SHERIFF OF BROWARD COUNTY,
in his official capacity,
    Defendant.
_____/

## AFFIDAVIT IN SUPPORT OF PLAINTIFF'S CLAIMS

I, Brian McDonald, an adult resident of Broward County, Florida, after being first duly sworn, state on oath as follows:

1. I am a retired Navy Commander with 24 years active duty as a helicopter pilot. I retired honorably from the Navy on October 31 of 2014.

2. I was hired by BSO as an Air Rescue Helicopter Pilot, and began work on or around November 26th, 2018. I was interviewed and hired by Chief Tammy Nugent.

3. I resigned from BSO on February 22nd, 2019 because of irreconciblable differences I had with the air rescue devision including scheduling and nepotism issues..

4. Shortly after I began working for BSO, Danielle Fuller was assigned to the position of Interim Director of Operations.

5. I met Scott Thomas, fellow Air Rescue Helicopter Pilot, briefly two weeks prior to starting work for BSO. We worked together for about eight (8) weeks, both serving under Interim Director of Operations, Danielle Fuller.

6. I have had the opportunity to observe interactions between Scott Thomas and Interim Director of Operations, Danielle Fuller.

7. It is clear to me through direct observations that Interim Director Fuller has a substantial bais against Scott Thomas based on his military background. The anti-military bais Interim Director had manifested itself as both comments and conduct.

8. The comments that I heard directly included, but are not limited to;
   a. Interim Director Fuller objecting to Scott Thomas being hired over civilian pilots. Specifially, that she did not think that was fair that he was hired as a military pilot who did not have to undergo the same training as a civilian pilot.
   b. I overheard comments made by Interim Director that military qualifications that Scott had achieved were irrelevant, not applicable, and did not specicially meet the qualifications necessary for the job description. She expressed on multiple occasions that she believed it was unfair that military pilots did not have to meet the same qualifications that she had met and that she knew several civilian pilots that were more qualified for the job that the military pilots were.

9. On or around January 17, 2019 I took part in a three way converiaon with Chief Jason Smith. During the course of the conversation, I witnessed Scott Thomas complain about Interim Director Fuller's anti-military bias that she directed towards Scott. I too hat I had witnessed Interim Director Fuller's anti-military bias toward Scott Thomas to Chief Smith.

10. Thereafter, I witnessed Danielle Fuller scruitize Scott's work performance in an effort to target him for termination.

11. I believe that Scott Thomas was wrongfully terminated because he was a military pilot and because he complained about an anti-military bias that Interim Director Fuller subjected him to while at BSO.

12. I believe that Mr. Thomas was not given the opportunity to prove the military, FBI, and CIA hours that he flew were in compliance with FAA regulations.

13. I am aware that the FAA determined that Scott Thomas's total flight time hours are valid and correct, and that Scott met the qualifications to be a BSO Air Rescue Pilot

14. I believe Scott Thomas is an excellent pilot.

15. I am aware that since Scott Thomas was unlawfully terminated, BSO has hired at least one civilian pilot, who, is having a personal relationship with Danielle Fuller.

I understand that I am swearing or affirming under oath that the statements contained in this Affidavit are true and correct to the best of my knowledge and belief.

_____
Brian McDonald

STATE OF FLORIDA,
COUNTY OF BROWARD.

Sworn to or affirmed and signed before me on _May 13, 2019_ by Brian McDonald, who is personally known to me.

_____
DEPUTY CLERK or NOTARY PUBLIC

_____
(Print, type, or stamp commissioned name of notary or clerk)



ANDREW OBEIDY
Notary Public-State of Florida
Commission # GG 330156
My Commission Expires
May 2, 2023