UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-61324-CIV-DIMITROULEAS

SCOTT THOMAS,

    Plaintiff,

v.

BROWARD COUNTY SHERIFF'S OFFICE,

    Defendant.
_____/

**PROPOSED SPECIAL INTERROGATORIES**

    4.18   USERRA – 38 U.S.C. § 4311(a) – USERRA Discrimination

    SPECIAL INTERROGATORIES TO THE JURY:

**Do you find from a preponderance of the evidence:**

1. That Scott Thomas was a member of a uniformed service?

        Answer Yes or No  _____

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

2. That Defendant BSO discharged or denied continued employment to[1] Scott Thomas from employment?

   Answer Yes or No  _____

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

3. That Scott Thomas's membership in a uniformed service was a motivating factor that prompted Defendant BSO to take that action?

   Answer Yes or No  _____

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

---

[1] As to #2, Plaintiff's interrogatory contemplates alternative theories which were not advanced in the Complaint. Also, as worded, the language allows for duplicative instructions/or alternative grounds. The interrogatory is contrary to the Pattern Jury Instructions.

4. That Scott Thomas should be awarded damages to compensate for a net loss of wages and benefits to the date of your verdict?

    Answer Yes or No  _____

    If your answer is "Yes,"
    in what amount?  $_____

If you did not award damages in response to Question No. 4, this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If you awarded damages in response to Question No. 4, go to the next question.

5. That Defendant BSO willfully violated the law?

    Answer Yes or No  _____

SO SAY WE ALL.

_____  _____
Date           Foreperson's Signature

---

**Deleted:** <u>ANNOTATIONS AND COMMENTS</u>[2]

38 U.S.C. § 4311 states:

(a) A person who is a member of, applies to be a member of, performs, has performed, applies to perform, or has an obligation to perform service in a uniformed service shall not be denied initial employment, reemployment, retention in employment, promotion, or any benefit of employment by an employer on the basis of that membership, application for membership, performance of service, application for service, or obligation…

(c) An employer shall be considered to have engaged in actions prohibited –

(1) under subsection (a), if the person's membership, application for membership, service, application for service, or obligation for service in the uniformed services is a motivating factor in the employer's action, unless the employer can prove that the action would have been taken in the absence of such membership, application for membership, service, application for service, or obligation for service…

38 U.S.C. § 4311.

The term "uniformed services" means the Armed Forces, the Army National Guard and the Air National Guard when engaged in active duty for training, inactive duty training, or full-time National Guard duty, the commissioned corps of the Public Health Service, and any other category of persons designated by the President in time of war or national emergency.

38 U.S.C. 4303(16).

The term "benefit of employment" is defined as "any advantage, profit, privilege, gain, status, [or] account… that accrues by reason of an employment contract or agreement or an employer policy, plan, or practice and includes… vacations, and the opportunity to select work hours or location of employment." 38 U.S.C. § 4303(2).

The term "service in the uniformed services" means the performance of duty on a voluntary or involuntary basis in a uniformed service under competent authority and includes active duty, active duty for training, initial active duty for training, inactive duty training, full-time National Guard duty, a period for which a person is absent from a position of employment for the purpose of an examination to determine the fitness of the person to perform any such duty, and a period for which a person is absent from employment for the purpose of performing funeral honors duty as authorized by [10 U.S.C. § 12503 or 32 U.S.C. § 115].

38 U.S.C. § 4303(13).

The Eleventh Circuit has stated that § 4311 clearly mandates proof of discriminatory motive. A motivating factor does not mean that it had to be the sole cause of the employment action. Instead, "it is one of the factors that a truthful … [1]

### 4.19   USERRA – 38 U.S.C. § 4311(b) – USERRA Retaliation

**SPECIAL INTERROGATORIES TO THE JURY**

**Do you find from a preponderance of the evidence:**

1. That Scott Thomas, in good faith, engaged in an activity protected by USERRA?

    Answer Yes or No   _____

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

2. That Defendant BSO took an adverse employment action against Scott Thomas?

    Answer Yes or No   _____

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

3. That Scott Thomas's protected activity was a motivating factor that prompted Defendant BSO to take that action?

                Answer Yes or No  _____

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

4. That Scott Thomas suffered damages because of the adverse employment action?

                Answer Yes or No  _____

5. That Scott Thomas should be awarded damages to compensate for a net loss of wages and benefits from the date of [describe adverse employment action] to the date of your verdict?

                Answer Yes or No  _____

                If your answer is "Yes,"
                in what amount?        $_____

[If you did not award damages in response to Question No. 5, this ends your deliberations, and your foreperson should sign and date the last

page of this verdict form. If you awarded damages in response to Question No. 5, go to the next question.]

      6. That Defendant BSO willfully violated the law?

                Answer Yes or No    _____]

SO SAY WE ALL.

DATE: _____          Foreperson's Signature: _____

---

**Deleted:**

**ANNOTATIONS AND COMMENTS**[3]

38 U.S.C. § 4311 states, in part:

(b) An employer may not discriminate in employment against or take any adverse employment action against any person because such person (1) has taken an action to enforce a protection afforded any person under this chapter, (2) has testified or otherwise made a statement in or in connection with any proceeding under this chapter, (3) has assisted or otherwise participated in an investigation under this chapter, or (4) has exercised a right provided for in this chapter. The prohibition in this subsection shall apply with respect to a person regardless of whether that person has performed service in the uniformed services.

(c) An employer shall be considered to have engaged in actions prohibited –

* * *

(2) under subsection (b), if the person's (A) action to enforce a protection afforded any person under this chapter, (B) testimony or making of a statement in or in connection with any proceeding under this chapter, (C) assistance or other participation in an investigation under this chapter, or (D) exercise of a right provided for in this chapter, is a motivating factor in the employer's action, unless the employer can prove that the action would have been taken in the absence of such person's enforcement action, testimony, statement, assistance, participation, or exercise of a right.

Under the plain language of the statute, the plaintiff does not have to establish application to serve or service in a uniformed service to be entitled to the protections of this law.

The term "uniformed services" means the Armed Forces, the Army National Guard and the Air National Guard when engaged in active duty for training, inactive duty training, or full-time National Guard duty, the commissioned corps of the Public Health Service, and any other category of persons designated by the President in time of war or national emergency.

38 U.S.C. § 4303(16).

USERRA provides that a court may award three kinds of relief: (1) an injunction
requiring an employer to comply with USERRA's provisions; (2) compensation for lost wages or benefits suffered by reason of the employer's failure to comply with USERRA and (3) liquidated damages in an amount equal to lost wages or benefits if the employer's failure to comply with USERRA was willful. 38 U.S.C. § 4323(d)(1)(A)-(C).

USERRA does not allow damages for mental anguish or emotional distress, nor does it allow recovery of punitive damages. *Dees v. Hyundai Motor Mfg. Ala., LLC*, 605 F. Supp. 2d 1220, 1229 (M.D. Ala. 2009), *aff'd* 368 F. A[...] [2]

| Page 3: [1] Deleted | Andrew Obeidy | 9/20/21 4:40:00 PM |
| Page 6: [2] Deleted | Andrew Obeidy | 9/20/21 4:41:00 PM |