UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-61324-CIV-DIMITROULEAS

SCOTT THOMAS,

    Plaintiff,

v.

BROWARD COUNTY SHERIFF'S OFFICE,

    Defendant.
_____/

## ORDER DENYING MOTION WITHOUT PREJUDICE

THIS CAUSE is before the Court upon Plaintiff's Motion for Liquidated Damages [DE 93] (the "Motion"), filed herein on January 31, 2022.

It is **ORDERED AND ADJUDGED** that the Motion [DE 93] is hereby **DENIED WITHOUT PREJUDICE** to file a motion that complies with the requirements of S.D. Fla. L.R. 7.1.A.3., which requires the moving party to certify that he has conferred, or describes a reasonable effort to confer, with the parties affected in a good faith effort to resolve the dispute.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 1st day of February, 2022.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record