UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-61324-CIV-DIMITROULEAS

SCOTT THOMAS,

    Plaintiff,

vs.

BROWARD COUNTY SHERRIFF'S OFFICE,

    Defendant.
_____/

## ORDER TO SHOW CAUSE

THIS CAUSE is before the Court upon Defendant Broward County Sheriff's Office ("Defendant" or "BSO")'s Renewed Motion for Judgment as a Matter of Law or, Alternatively, for New Trial, filed herein on February 21, 2022. [DE 102]. The Court has carefully considered the Motion, and is otherwise fully advised in the premises.

As of the date of this Order, no response has been filed by Plaintiff and the deadline for such filing has passed. *See* S.D. Fla. L.R. 1(c).

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff shall show cause no later than **March 16, 2022** why the instant Motion [DE 103] should not be granted. A failure to timely respond may result in the Court granting the Motion by default.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida, this 9th day of March, 2022.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record