# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF
# FLORIDA

**SCOTT THOMAS,**   CASE NO.: 19-61324-CIV-DIMITROULEAS

    Plaintiff,

        v.

**PLAINTIFF RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE**

**BROWARD COUNTY SHERRIFF'S OFFICE,**

    Defendant.

_____/

The undersigned is in receipt of the Order to show cause and responds as follows:

1) The undersigned received notice of Defendant BSO's Renewed Rule 50b Motion on February 21, 2022.

2) The undersigned inadvertently calendared the date the response to Defendant BSO's Renewed Rule 50b Motion was due as March 14, 2022 and not March 7, 2022. The error was neither intentional nor malicious and not done for the express purpose of delay or to prejudice Defendant.

3) The undersigned has been working diligently and almost exclusively on responding to this motion since it was received in an effort to put forth the very best possible work product that the undersigned is capable of producing.

4) In so doing the calendaring error went unnoticed until the undersigned received the Court's Order to Show Cause.

5) The error was wholly the fault of the undersigned, and the undersigned respectfully requests, so that plaintiff not be prejudiced by the undersigned's error, that the Court allow the undersigned to respond by Friday March 11, 2022.

Dated this 10th day of March 2022.

Respectfully submitted,

By: /s/ *Andrew Obeidy*
Andrew Obeidy, Esq.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 10th day of March 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronically Notices of Electronic Filing.

/s/ *A. Andrew Obeidy*
A. Andrew Obeidy, Esq.
