UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-61324-CIV-DIMITROULEAS

SCOTT THOMAS,

    Plaintiff,

vs.

BROWARD COUNTY SHERRIFF'S OFFICE,

    Defendant.

_____/

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO EXTEND PAGE LIMIT FOR REPLY MEMORANDUM BY TWO PAGES

THIS CAUSE is before the Court on Defendant Broward County Sheriff's Office ("Defendant" or "BSO")'s Motion to Extend Page Limit for Reply Memorandum by Two Pages, filed on March 16, 2022. [DE 114]. The Court has carefully considered the Motion and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Motion [DE 114] is **GRANTED**;

2. The page limit for Defendant's Reply is hereby extended by two (2) pages.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida, this 17th day of March, 2022.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record