UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-61324-CIV-DIMITROULEAS

SCOTT THOMAS,

    Plaintiff,

v.

BROWARD COUNTY SHERRIFF'S OFFICE,

    Defendant.

_____/

### ORDER ON PLAINTIFF'S MOTION FOR EXTENTION OF TIME TO FILE MOTION FOR ATTORNEYS' FEES AND COSTS PURSUANT TO LOCAL RULE 7.3

THIS CAUSE is before the Court on Plaintiff's Motion for Extension of Time to File a Motion for Attorney's Fees and Costs Pursuant to Local Rule 7.3, and the Court having considered the Motion and otherwise being fully advises of the premises, it is hereby **ORDERED and ADJUDGED** [DE 115] as follows:

Plaintiff's Motion for an Extension of Time to File a Motion for Attorney Fees and Costs [DE 115] is **GRANTED**. Plaintiff will file his Motion on or before April 8, 2022. This Motion shall be referred to the Magistrate Judge.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 21ST day of March, 2022.

WILLIAM P. DIMITROULEAS
United States District Judge

cc: Counsel of Record