# Exhibit "C"

IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT
OF FLORIDA

**Broward Division**

**SCOTT THOMAS,**
Plaintiff

CASE NO.: 19-61324-CIV-DIMITROULEAS

v.

**BROWARD COUNTY SHERIFF'S OFFICE,**
Defendant.
_____/

## DECLARATION OF DANA M. GALLUP IN SUPPORT OF PLAINTIFF'S MOTION TO SET AMOUNT OF ATTORNEYS' FEES FOR OBEIDY AND ASSOCIATES P.A.

1. My name is Dana M. Gallup. I am competent to make this declaration. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2. I am an attorney licensed to practice law in the State of Florida and have been a member of the Florida Bar since 1992.

3. I am a managing partner at the law firm of Gallup Auerbach based in Hollywood, Florida and our practice almost exclusively handles labor and employment law matters and cases.

4. I am a member in good standing of the bars of the United States District Court for the Southern, Middle and Northern Districts of Florida.

5. I am a member of the Florida Bar Labor & Employment Law Section, and am also a member of the National Employment Lawyers Association ("NELA") and the Florida Chapter of NELA ("FLORIDA NELA"). I have served as president and vice president of FLORIDA NELA, and currently serve as a local area representative on its Board.

6. In my practice, I have litigated virtually every type of employment claim, including cases involving alleged violations of the Uniformed Services Employment and Reemployment Rights

1

Act ("USERRA").

7. Based on my knowledge of USERRA case law and the facts of the above-captioned case, the results obtained in this case by Plaintiff's attorney, Andrew Obeidy, are significant.

8. I understand through discussions of this matter with Mr. Obeidy that he served as lead counsel for Plaintiff Scott Thomas. Moreover, I am informed that a verdict with a finding of willful discrimination and retaliation in violation of USERRA was rendered by a jury in this matter.

9. I am familiar with the prevailing fee rates of attorneys representing plaintiffs in employment law cases in the Southern District of Florida.

10. I have reviewed the key filings in this case, including the pleadings, motion for summary judgment and the responses thereto; the opposition to the Rule 50b Renewed Motion for Judgment as a Matter of Law; time records of Mr. Obeidy, Alexandra Kirby and David Colls and the Plaintiff's motion for fees. I have not reviewed correspondence or research files.

11. Based on my review of Mr. Obeidy's time record, my review of the case documents, and my discussions with Mr. Obeidy, I am of the opinion the total time of 396.9 hours that he has stated for his work on Mr. Thomas' case is reasonable and consistent with a case of this nature.

12. The hourly rate of $400 requested by Mr. Obeidy for his services is reasonable given Mr. Obeidy's 23 years of experience litigating employment law cases and the finding of willful discrimination and retaliation by the jury. The average rate for employment lawyers with more than 20 years of experience in South Florida generally ranges between $400 to $500.

13. Mr. Obeidy served as lead counsel for the plaintiff in this case and is a partner in his firm. In my opinion, an award at $400 per hour is appropriate, and anything less would be more akin to an hourly rate for an associate attorney.

14. Based on my review of the time records of Alexandra Kirby and her affidavit, I believe

2

her reported work and time on the case in the amount of 169 hours is reasonable.

15. In my opinion, Ms. Kirby's billed rate of $100 per hour for her work done as a law clerk while in law school and prior to her admission to the Florida Bar is not only reasonable but probably too low.

16. I have spent 2.5 hours reviewing the case file and preparing this declaration.

17. I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: April 8, 2022.

_____
Dana M. Gallup, Esq.

3

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on this 8th day of April, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: */s/ Andrew Obeidy*
Andrew Obeidy, Esq.