UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-61324-CIV-DIMITROULEAS

SCOTT THOMAS,

    Plaintiff,

v.

BROWARD COUNTY
SHERIFF'S OFFICE,

    Defendant.
_____/

## NOTICE OF CROSS-APPEAL

NOTICE IS GIVEN that Plaintiff, SCOTT THOMAS, in the above-named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit, the Order Denying Plaintiff's' Motion for Liquidated Damages [DE 120] dated on March 25, 2022.

Dated: April 22, 2022                                              Respectfully submitted,

                                                                       /*s/ Andrew Obeidy Esq.*
                                                                       A. Andrew OBeidy, Esq.,
                                                                       Attorney for Plaintiff Scott Thomas
                                                                       OBEIDY & ASSOCIATES, P.A.
                                                                       2755 East Oakland Park Blvd., Suite 225
                                                                       Fort Lauderdale, FL 33305
                                                                       Andrew@obdlegal.com; lexi@obdlegal.com
                                                                       (305) 892-5454

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that on this 22nd day of April 2022, I electronically filed the foregoing document with the Clerk of Courts using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.